RECEIVED
IN LAKE CHARLES, LA
NOV - 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JERRY JOHNSON | CIVIL ACTION NO. 05-0922-LC |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE MINALDI<br>MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE